J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Gary J. Valeriano (SBN 89644)
*gjv@amclaw.com*
Mark J. Krone (SBN 219806)
*mk@amclaw.com*
Anderson, McPharlin & Conners LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071
Telephone: (213) 688-0080
Facsimile: (213) 622-7594

Attorneys for Defendant Thomas Cote a/k/a Tom Cote, an individual and d/b/a VintageClassicMovies.com

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Thomas Cote a/k/a Tom Cote, an individual and d/b/a VintageClassicMovies.com, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV10-2332 GW (Ex) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendant Thomas Cote a/k/a Tom Cote, an

individual and d/b/a VintageClassicMovies.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff claims that it owns or controls the pertinent rights in and to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (The copyrights identified in Exhibit A are collectively referred to herein as "Plaintiff's Properties").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

ii) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: September 16, 2010

_____
Hon. George H. Wu
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiff Warner Bros.
Entertainment Inc.

Anderson, McPharlin & Conners LLP

By: _____
       Gary J. Valeriano
       Mark J. Krone
Attorneys for Defendant Thomas Cote
a/k/a Tom Cote, an individual and
d/b/a VintageClassicMovies.com

## Exhibit A

| TITLES | REGISTRATION NO. |
|---|---|
| ALONG THE RIO GRANDE (1941) | R435612 |
| ANNAPOLIS SALUTE 1937 | R354274 |
| ASK ANY GIRL (1959) | RE 341-210 |
| BARBARIAN, THE (1933) | R257277 |
| BEAUTIFUL BUDAPEST (1938) | R358835 |
| BEAUTY & THE BOSS...1932 | R235211 |
| BECAUSE YOU'RE MINE 1952 | RE43727 |
| BIG CITY BLUES...1932 | R242624 |
| BIG HEARTED HERBERT (1934) | R286407 |
| BIG SHAKEDOWN, THE--1934 | R272618 |
| BIG SHOT, THE- 1931 | R234897 |
| BITTER SWEET 1940 | R422052 |
| BLONDIE OF THE FOLLIES--1932 | R243005 |
| BLOOD ON THE MOON (1948) | R627222 |
| BOY AND HIS DOG - 1946 | R576593 |
| BRIGHT LEAF (1950) | R671969 |
| BRITISH AGENT (1934) | R286406 |
| COBWEB, THE (1955) | RE151760 |
| CONFESSIONS OF A NAZI SPY -1939- 104 MINS - EDWARD G. ROBINSON, PAUL LUKAS | R408948 |
| CONFLICT 1945 | R538967 |
| CONQUEST - 1937 | R347844 |
| CRACKED NUTS (1931) | R233572 |
| CROSS OF LORRAINE, THE - 1943 | R494776 |
| DANCING SWEETIES - 1930 | R195748 |
| DARK HORSE...1932 | R238218 |
| DAWN PATROL, THE (1930) | R207502 |
| DESERT NIGHTS (1929) | R186417 |
| DEVIL IS A SISSY, THE--1936 | R322538 |
| DEVIL MAKES THREE, THE (1952) | RE43726 |
| DON JUAN - 1926 | R131089 |
| DOWNSTAIRS (1931) | R241472 |
| DRAEGERMAN COURAGE (1937) | R333680 |
| DRAGON SEED (1944) | R509580 |
| DYNAMITE (1929) | R191968 |
| EASIEST WAY, THE (1931) | R209593 |

| | | |
|---|---|---|
| 1 | EDGE OF DARKNESS (1943) | R498959 |
| 2 | ENCHANTED COTTAGE, THE (1945) | R529248 |
| 3 | EXIT SMILING (1926) | R136525 |
| | FACING YOUR DANGER - 1946 | R543345 |
| 4 | FAITHLESS (1932) | R244536 |
| 5 | FIVE STAR FINAL (1931) | R221914 |
| | FLORODORA GIRL, THE (1930) | R206815 |
| 6 | FRISCO JENNY (1933) | R256864 |
| 7 | GAY BRIDE, THE--1934 | R285507 |
| | GOING HIGHBROW - 1935 | R304081 |
| 8 | GOING HOLLYWOOD - 1933 | R268124 |
| 9 | GOLD DUST GERTIE (1931) | R215574 |
| | GOLDEN ARROW--1936 | R318891 |
| 10 | GOODBYE MISS TURLOCK - 1947 | R596213 |
| 11 | GRAND SLAM 1933 | R256872 |
| | GREAT GARRICK, THE (1937) | R359639 |
| 12 | GREEN FIRE 1954 | RE116760 |
| 13 | GREEN YEARS, THE (1946) | R549971 |
| | GUY NAMED JOE - 1943 | R498857 |
| 14 | HELL DIVERS (1932) | R230217 |
| 15 | HITLER'S MADMAN (1943) | R488042 |
| | HOLIDAY AFFAIR, THE (1949) | R648102 |
| 16 | HOLLYWOOD REVUE OF 1929, THE | R191970 |
| 17 | HOTEL (1967) | RE703855 |
| | IF I WERE FREE (1933) | R268813 |
| 18 | JEWEL ROBBERY (1932) | R239605 |
| 19 | JOHN PAUL JONES 1959 | RE342419 |
| | JOURNEY, THE (1958) | R279403 |
| 20 | LADY OF CHANCE, A (1929) | R180194 |
| 21 | LADY OF THE NIGHT (1925) | R106671 |
| | LET'S TRY AGAIN - 1934 | R281534 |
| 22 | LITTLE GIANT, THE (1933) | R256997 |
| 23 | LOST LADY, A (1934) | R286405 |
| | MADAME X (1929) | R189160 |
| 24 | MAISIE GETS HER MAN 1942 | R462538 |
| 25 | MANDALAY (1934) | R272622 |
| | MARE NOSTRUM (1926) | R133179 |
| 26 | MARY STEVENS M.D. (1933) | R258576 |
| 27 | MASTER OF BALLANTRAE (1953) | RE50824 |
| 28 | | |

Warner Bros. v. Cote: [Proposed] Consent Decree        - 6 -

| Title | Reg. No. |
|---|---|
| MAYTIME 1937 | R334475 |
| MERRY WIDOW (1925) | R115459 |
| MR. CINDERELLA...1936 | R324569 |
| MR. DODD TAKES THE AIR (1937) | R345396 |
| NAUGHTY MARIETTA (1935) | R292426 |
| NAVY BLUE AND GOLD 1937 | R349435 |
| NAVY BLUES 1941 | R460023 |
| NAZI AGENT -1942- 083 MINS - CONRAD VEIDT, ANNE AYARS | R454350 |
| NEPTUNE'S DAUGHTER 1949 | R633102 |
| NEVER SAY GOODBYE 1946 | R562334 |
| NEW MOON 1940 | R412529 |
| NIGHT WAITRESS...1936 | R334518 |
| NO OTHER WOMAN (1933) | R267265 |
| OF HUMAN HEARTS (1938) | R356574 |
| ONE WAY PASSAGE (1932) | R242628 |
| OUR BLUSHING BRIDES (1930) | R207065 |
| OUTWARD BOUND 1930 | R208830 |
| PAGAN, THE (1929) | R181220 |
| PAID--1930 | R207788 |
| PARNELL (1937) | R338639 |
| PEG O' MY HEART - 1933 | R257279 |
| PRIVATE DETECTIVE 62 - (1933) | R260649 |
| RACHEL AND THE STRANGER (1948) | R627227 |
| RACKET, THE (1951) | RE42-687 |
| RAGE IN HEAVEN (1941) | R430335 |
| RED LIGHT 1949 | R648975 |
| RED LILY (1924) | R97770 |
| ROSE MARIE 1936 | R310001 |
| SAFE IN HELL (1931) | R228043 |
| SANDPIPER, THE (1965) | RE630513 |
| SCAPEGOAT 1959 | RE279863 |
| SEARCH, THE (1948) | R602593 |
| SECOND CHANCE 1953 | RE104-287 |
| SHINING VICTORY 1941 | R460014 |
| SHOW BOAT 1936 | R315829 |
| SHOW PEOPLE (1928) | R175595 |
| SHOW, THE 1927 | R140596 |
| SMART SET, THE (1928) | R164419 |

| | |
|---|---|
| SOLDIER IN THE RAIN (1963) | RE562423 |
| SOME CAME RUNNING (1958) | RE279860 |
| SOUTHERN YANKEE, A 1948 | R610725 |
| STORY OF LOUIS PASTEUR (1936) | R311600 |
| STRANGER ON THE THIRD FLOOR, THE (1940) | R422278 |
| STRIP, THE 1951 | RE10230 |
| SWEEPINGS (1933) | R267272 |
| SWEETHEARTS 1938 | R375821 |
| SWING HIGH - 1932 | R247286 |
| SYMPHONY OF SIX MILLION (1932) | R242087 |
| TASK FORCE 1949 | R642536 |
| TELL IT TO THE MARINES (1925) | R136526 |
| THAT'S ENTERTAINMENT II 1976 | RE901114 |
| THAT'S ENTERTAINMENT III 1994 | PA691805 |
| THEIR OWN DESIRE 1930 | R194773 |
| THRILL OF A ROMANCE - 1945 | R529402 |
| TORPEDO RUN 1958 | RE279856 |
| TORRENT 1926 (IBANEZ' TORRENT) | R125379 |
| TWO MRS. CARROLLS, THE 1947 | R578352 |
| UNTAMED (1930) | R197581 |
| WEEK-END AT THE WALDORF - 1945 | R532013 |
| WEST POINT (1928) | R160107 |
| WEST POINT OF THE AIR (1935) | R292174 |
| WHAT EVER HAPPENED TO BABY JANE (1962) | RE484440 |
| WHITE SHADOWS IN THE SOUTH SEAS (1928) | R176995 |
| YANK AT ETON, A 1942 | R467146 |
| YOU CAN'T ESCAPE FOREVER 1942 | R474651 |